JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWDERICK PORTE'E WHITEHEAD,<br><br>    Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE BANK, N.A.; TAYLOR, BEAN & WHITAKER MORTAGE COMPANY; BAY MORTGAGE COMANY,<br><br>    Defendants. | Case No.: CV 09-6254 DSF (Ex)<br><br>JUDGMENT |

The Court having dismissed all of Plaintiff's claims,

IT IS NOW ORDERED AND ADJUDGED that Plaintiff take nothing, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 2/10/11

_____
Dale S. Fischer
United States District Judge